**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| SHEILA ARGABRIGHT, | : | Case No. 3:16-cv-000494 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

# ORDER

In light of the information Plaintiff has provided in her recently submitted letter (Doc. #10), the Report and Recommendation docketed on May 1, 2017 (Doc. #9) is withdrawn. Plaintiff is ordered to file, **by May 26, 2017**, her Statement of Errors in which she shall raise her contentions about any error she believes the ALJ committed in his written decision and in reaching his conclusions that she is not under a "disability" and is not eligible for benefits. Plaintiff is advised to include in her Statement of Errors references to evidence in the administrative record that she argues support her contentions. Plaintiff is placed on notice that if she does not file her Statement of Errors **by May 26, 2017**, her case may be dismissed due to her failure to prosecute.

May 10, 2017

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge